ite Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1925 | **DATE** | 3/15/2001 |
| **CASE TITLE** | Anthony Cotton vs. Michael Sheahan | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Report and recommendation recommending that plaintiff's oral motion for a voluntary dismissal without prejudice be granted is hereby entered of record. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | 2 | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | MAR 16 2001 date docketed | 10 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | FILED FOR DOCKETING | 3/15/2001 | |
| ✓ | Copy to judge/magistrate judge. | 01 MAR 15 PM 4: 14 | date mailed notice | |
| IS | courtroom deputy's initials | Date/time received in central Clerk's Office | IS mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY COTTON, | ) |
| | ) |
| Plaintiff, | ) Case No. 00 C 1925 |
| | ) |
| v. | ) Judge Wayne R. Andersen |
| | ) |
| MICHAEL SHEAHAN, | ) Magistrate Judge |
| | ) Martin C. Ashman |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

DOCKETED
MAR 1 6 2001

This matter was referred to this Court for, among others, all nondispositive pretrial motions. On November 20, 2000, after several status hearings were held where plaintiff failed to attend, after notice mailed to him, this Court entered an order noting that plaintiff's motion to proceed in forma pauperis was denied by Judge Wayne Andersen on May 9, 2000 as was his motion to reconsider on August 11, 2000 and that the court docket shows no receipt of any filing fees.

A status hearing was held on December 12, 2000, at which time plaintiff appeared and was additionally admonished that his failure to obtain or even attempt to obtain service of summons rendered the continued vitality of his case questionable and strongly advised plaintiff to obtain a lawyer. Since that time plaintiff, after requesting more time, finally appeared on March 15, 2001 and orally moved the court for a voluntary dismissal of this case. Plaintiff had been receiving advice of counsel prior to and on March 15, 2001, although his attorney did

10

not file an appearance. The defendant has yet to be served in this case.

This Court therefore recommends that plaintiff's oral motion for a voluntary dismissal without prejudice be granted.

                                                                *[signature]*
                                                   MARTIN C. ASHMAN

**Dated:** March 15, 2001.           United States Magistrate Judge

Written objections to any finding of fact, conclusion of law, or the recommendation for disposition of this matter must be filed with the Honorable Wayne R. Andersen within ten (10) days after service of this Report and Recommendation. *See* FED. R. CIV. P. 72(b). Failure to object will constitute a waiver of objections on appeal.

Copies have been mailed to:

ANTHONY COTTON
1212 South Michigan Avenue
Suite 210
Chicago, IL 60604

*Pro Se* Plaintiff